

FILED IN OPEN COURT
7/17/24
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:24-cr-106-MMH-LLL

ERIC EVAN BROWN

## STIPULATION REGARDING INCOMPETENCY

The United States of America, by and through the undersigned Assistant United States Attorney and counsel for the defendant, Kathryn Sheldon, Esq., stipulate and agree as follows:

1. That the attached forensic psychological evaluation of Dr. Alan J. Harris, Ph.D., an expert in the field of psychology, shall be received as evidence by the Court on the issue of the defendant's incompetency in this case in lieu of testimony; and

2. That neither the United States nor defendant will present any evidence other than the attached report on the issue of the defendant's

incompetency to stand trial in this case, and the Court may enter any such Order as it deems appropriate, without need for further hearing.

                Respectfully submitted,

                ROGER B. HANDBERG
                United States Attorney

By: *[signature]*
KEVIN C. FREIN
Assistant United States Attorney
Florida Bar No. 0149144
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone No. (904) 301-6300
Facsimile No. (904) 301-6310
Email: kevin.frein@usdoj.gov

Date: July 17, 2024

*[signature]*
KATHRYN SHELDON
Counsel for Defendant

2