United States District Court
Middle District of Florida
Jacksonville Division

UNITED STATES OF AMERICA

v.                                                          NO. 3:24-cr-106-MMH-LLL

ERIC EVAN BROWN

_____

**Clerk's Minutes**

Proceeding:                              Status Hearing

| Judge | Laura Lothman Lambert<br>United States Magistrate Judge | Date and Time | 8/27/2024<br>11:00 p.m.- 11:03 a.m. |
|---|---|---|---|
| Deputy Clerk | Natasa Kojic | Tape/Reporter | Digital |
| Counsel for<br>United States | David Mesrobian for K.<br>Frein, Assistant United States<br>Attorney | Counsel for<br>Defendant | Kathryn Sheldon,<br>Esquire |
| Interpreter | None Present | Pretrial | None Present |

Court heard from the parties regarding the status of transport of defendant to a treatment facility for competency restoration.

Next status hearing set for Tuesday, October 29, 2024, at 1:30 p.m.